ORIGINAL

FILED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAY ZAMBRANA, )
No. 01600-027, )
United States Penitentiary, )
1197 Airport Road, )
Big Sandy; Box 2068, )
Inez, Kentucky 41224, )
 )
 )
               Plaintiff, )
 )
               vs )   Case: 1:07-cv-00958
 )   Assigned To : Roberts, Richard W.
EXECUTIVE OFFICE FOR UNITED STATES )   Assign. Date : 5/23/2007
ATTORNEYS, Department of Justice, )   Description: FOIA/Privacy Act
600 E. Street, NW., )
Washington, D. C. 20530, )
               and )
INTERNAL REVENUE SERVICE, )
Department of the Treasury, )
Washington, D.C. 20224, )   CIVIL ACTION COMPLANT
               and )
UNITED STATES MARSHALS SERVICE, )
Department of Justice, )
Washington, D. C. 20530, )
               and )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS & EXPLOSIVES, )
Department of Justice, )
Washington, D. C. 20226, )
               and )   FOIA SUIT
CRIMINAL DIVISION of the UNITED STATES )
DEPARTMENT OF JUSTICE, Room 1127, )
950 Pennsylvania Avenue, N.W., )
Washington, D. C. 20530, )
               and )
DRUG ENFORCEMENT ADMINISTRATION, )
Department of Justice, )
Washington, D. C. 20530, )
               and )
FEDERAL BUREAU OF INVESTIGATION, )
Department of Justice, )
Washington, D. C. 20535, )
 )
               Defendants. )

RECEIVED

APR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

NOW COMES, Plaintiff, JAY ZAMBRANA, Pro Se, and respectfully as and for his complaint against the above named defendants, hereby states, claims and alleges as follows:

### Jurisdiction

This Court has jurisdiction to entertain this cause of action under the Freedom of Information Act (5 USC Section 552) in conjunction with the Privacy Act (5 USC Section 552a)(FOIA/PA).

### Venue

Venue lies in the District of Columbia and is proper under the Freedom of Information Act and the Privacy Act, in all suits at law.

### Plaintiff

Plaintiff, JAY ZAMBRANA, is a federal prisoner who is presently housed at the United States Penitentiary at 1197 Airport Drive, Inez, Kentucky 41224.

### Defendants

Defendants, each and every one of them, are federal "agencies" subject to the Freedom of Information Act and the Privacy Act.

### Count I

1. By letter dated July 19, 2006 to the Defendant FEDERAL BUREAU OF INVESTIGATION (Herenafter "FBI") at their Field Office in Indianapolis, Indiana, the plaintiff requested all records in any way connected to his name.
2. By letter dated July 19, 2006 to the FBI Central Office in Washington, D.C. plaintiff requested a copy of all records in any way connected to his name.
3. By letter dated August 1, 2006 to the FBI Field Office in Chicago, Illinois plaintiff requested a copy of all records in any way connected to his name.
4. By letter from the FBI in Washington, D.C. dated August 11, 2006, the Central Office acknowledged receipt of the requests to FBI Headquarters and the Indianapolis Field Office.
5. Plaintiff sent a letter to the OFFICE OF INFORMATION AND PRIVACY (Hereinafter "OIP") dated October 19, 2006 appealing the fact that the FBI had not responded to his requests within the time limits of the Freedom of Information Act (Hereinafter "FOIA").
6. The OIP never responded to plaintiffs administrative appeal.
7. The FBI is in gross violation of the statutory time limits within which to process plaintiff's requests.
8. This action is proper to obtain judicial review of the FBI action/inaction.

Count II

     1.    By letter dated August 31, 2006 to the Defendant DRUG ENFORCEMENT ADMINISTRATION (Hereinafter "DEA") plaintiff requested all records in any way connected to his name.
     2.    DEA never responded to plaintiff's request.
     3.    By letter to the OIP dated October 14, 2006 plaintiff appealed the lack of any response of the DEA.
     4.    The OIP never responded to plaintiff's administrative appeal.
     5.    DEA is in violation of the FOIA.
     6.    This action is proper to obtain judicial review of the DEA action/inaction.

Count III

     1.    By letter dated August 1, 2006 to the CRIMINAL DIVISION OF THE UNITED STATES DEPARTMENT OF JUSTICE (Hereinafter "CRIMINAL DIVISION") plaintiff requested all records in any way connected to his name.
     2.    CRIMINAL DIVISION never responded.
     3.    By letter to the OIP dated December 17, 2006 plaintiff appealed the lack of a response by the Defendant CRIMINAL DIVISION.
     4.    The OIP never responded.
     5.    CRIMINAL DIVISION is in violation of the FOIA.
     6.    This action is proper to obtain judicial review of the CRIMINAL DIVISION action/inaction.

Count IV

     1.    By letter dated August 31, 2006 to the Defendant BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (Hereinafter "ATF") plaintiff requested all records in any way connected to his name.
     2.    ATF never responded.
     3.    Plaintiff appealed to the OIP on December 16, 2006.
     4.    OIP never responded.
     5.    ATF is in violation of the FOIA.
     6.    This action is proper to obtain judicial review of the ATF action/inaction.

Count V

     1.    By letter dated August 1, 2006 to the Defendant UNITED STATES MARSHALS SERVICE (Hereinafter "USMS") plaintiff requested a copy of all records in connection to his name.
     2.    USMS never responded.
     3.    Plaintiff appealed to the OIP on December 15, 2006.
     4.    OIP never responded.
     5.    USMS is in violation of the FOIA.
     6.    This action is proper to obtain judicial review of the USMS action/inaction.

## Count VI

1. By letter dated August 31, 2006 to the Defendant INTERNAL REVENUE SERVICE (Hereinafter "IRS") plaintiff requested all records in any way connected to his name.
2. IRS never responded.
3. By letter to IRS dated December 18, 2006 plaintiff appealed the failure of IRS to respond to his request.
4. IRS never responded.
5. IRS is in violation of the FOIA.
6. This action is proper to obtain judicial review of the IRS action/inaction.

## Count VII

1. By letter dated July 19, 2006 to the Defendant EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS (Hereinafter "EOUSA") plaintiff requested all records in any way connected to his name.
2. EOUSA did not respond and plaintiff appealed to OIP by letter dated October 22, 2006.
3. EOUSA responded with a no records response as to the Southern District of Indiana on October 25, 2006.
4. Plaintiff appealed the no records response to OIP on December 18, 2006.
5. EOUSA sent plaintiff an acknlodgement of his request by three letters to him that are undated.
6. OIP answered his appeal by letter dated April 6, 2007 stating it was moot.
7. EOUSA is in violation of the FOIA.
8. This action is proper to obtain judicial review of the EOUSA action/inaction.

WHEREFORE, Plaintiff prays for the following relief:

1

That these proceedings be expedited according to longstanding FOIA/PA law;

2

That each and every one of the above-named federal agencies be found to have violated the FOIA and that it be declared as such as to each agency defendant named herein;

3

That this Court impose sanctions upon those individuals and/or employees of any such agency that has been found to have deliberately violated the FOIA and/or otherwise has intentionally withheld information from the plaintiff in any one or more of the above counts;

4

That plaintiff be ordered access to the requested information in each and every count and as to each and every defendant herein they be ordered to provide plaintiff access forthwith;

5

That plaintiff be awarded his reasonable clerical/researchers/attorneys fees incurred in the prosecution of this cause of action as to each and every count and as to each and every agency defendant named herein;

6

That plaintiff be declared to have substantially prevailed in this suit as to each and every defendant herein and each and every named agency as to each and every count;

7

That the search and/or copy fees be waived as to each and every count and each and every agency and each and every defendant and as to each and every request that is stated within this complaint to have been the focus of any violation of the FOIA/PA;

8

That plaintiff be allowed to proceed in this complaint in forma pauperis and as an indigent;

9

That competent counsel be appointed to represent this plaintiff in any further proceedings in this cause of action;

10

That this Court grant plaintiff any further relief this Court deems just and proper.

Respectfully Submitted this 26th day of April, 2007.

By X *Jay Zambrana*
JAY ZAMBRANA, Pro Se
No. 01600-027
United states Penitentiary
1197 Airport Road
Big Sandy; Box 2068
Inez, Kentucky 41224

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

JAY ZAMBRANA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 61600-027

**DEFENDANTS**

EXEC. OFFICE FOR
U.S. ATTORNEYS, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-00958
Assigned To : Roberts, Richard W.
Assign. Date : 5/23/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(9)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 F.O.I.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐     **DEMAND $**     Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 5,23,07   SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.