**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Internal Revenue Service -- DOJ
1111 Constitution Ave., NW
Washington, DC 20224

Civil Action, File Number  07-0958 RWR

Jay Zambrana

V.

EOUSA, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within

07-0958   5-25-07

[Domestic Return Receipt – PS Form 3811, February 2004]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Internal Revenue Ser.-DOJ
1111 Constitution Ave., NW
Washington, DC 20224

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
MAY 31 2007
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7482

...are served on behalf of a corporation, ...ature your relationship to that entity. If ...te under your signature your authority.
...you (or the party on whose behalf you ...in any other manner permitted by law.
...you are being served) must answer the ...efault will be taken against you for the
...Summons and Complaint By Mail was
...PLAINT
I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

Signature                      **RECEIVED**
                                JUN 5 2007
Relationship to Entity/Authority to Receive
                        NANCY MAYER WHITTINGTON, CLERK
                           U.S. DISTRICT COURT
Service of Process

_____
Date of Signature

Form USM-299 (Rev. 6/95)