UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAY ZAMBRANA** | ) | |
| #01600-027 | ) | |
| United States Penitentiary | ) | |
| 1197 Airport Road | ) | |
| P.O. Box 2068 | ) | |
| Inez, KY 41224 | ) | |
| | ) | |
|                        **Plaintiff** | ) | Civil Action No. 07-0958 (RWR) |
| | ) | (ECF) |
|    v. | ) | |
| | ) | |
| **Executive Office for United States Attorneys** | ) | |
| 600 E Street, N.W. | ) | |
| Washington, D.C.  20530 | ) | |
|    and | ) | |
| **Internal Revenue Service** | ) | |
| **Department of the Treasury** | ) | |
| Washington, D.C.  20224 | ) | |
|    and | ) | |
| **United States Marshals Service** | ) | |
| **Department of Justice** | ) | |
| Washington, D.C.  20530 | ) | |
|    and | ) | |
| **Bureau of Alcohol, Tobacco, Firearms & Explosives** | ) | |
| **Department of Justice** | ) | |
| Washington, D.C.  20226 | ) | |
|    and | ) | |
| **Criminal Division of the United States** | ) | |
| **Department of Justice, Room 1127** | ) | |
| 950 Pennsylvania Ave., N.W. | ) | |
| Washington, D.C.  20530 | ) | |
|    and | ) | |
| **Drug Enforcement Administration** | ) | |
| **Department of Justice** | ) | |
| Washington, D.C.  20530 | ) | |
|    and | ) | |
| **Federal Bureau of Investigation** | ) | |
| **Department of Justice** | ) | |
| Washington, D.C.  20535 | ) | |
|                        **Defendants.** | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for federal defendants, in the above-captioned case.

Respectfully submitted,

/s/

ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Jay Zambrana, by postage prepaid mail addresses as follows:

JAY ZAMBRANA
#01600-027
United States Penintentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 41224

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153