UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>EXECUTIVE OFFICE FOR THE )<br>UNITED STATES ATTORNEYS )<br>et. al, )<br>)<br>       Defendants. )<br>_____) | Case No: 07-0958 (RWR) |

**DEFENDANTS' MOTION TO EXTEND**

The Defendants, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by August 2, 2007. The present due date is July 2, 2007. The pro se Plaintiff has brought suit against seven agency defendants. The undersigned has diligently attempted to contact all the agencies but has been unable to reach all defendants so far. In addition, the undersigned will be out of the office from June 25, 2007 to July 5, 2007. Therefore, the Defendants ask for an extension so that the defendants can review the complaint and so that the undersigned can consult with the defendants. Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendant has not contacted him regarding this motion.[1]  This extension is sought in

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that

good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until June 1, 2007.

Dated: June 22, 2007         Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including August 2007.

_____
UNITED STATES DISTRICT JUDGE


Dated: _____, 2007