UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY ZAMBRANA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 07-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR THE | ) | |
| UNITED STATES ATTORNEYS | ) | |
| et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO EXTEND

The Defendants, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Six of the seven named Defendants intend to file a timely dispositive motion for failure to exhaust the administrative remedies. The seventh defendant, the Federal Bureau of Investigations is still processing Plaintiff's FOIA request and seeks to be allowed to file a status report on the processing of the FOIA request by September 15, 2007. The present due date is August 2, 2007.

Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendant has not contacted him regarding this motion.[1] This extension is sought in good faith and will not unfairly prejudice any party.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

WHEREFORE, based on the foregoing, the Defendants respectfully request that the Court grant the defendant FBI until September 15, 2007 to file a status report on its processing of the Plaintiff's request.

Dated: August 1, 2007                Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant FBI's time to file a status report is extended to and including September 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007