UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY ZAMBRANA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 07-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR THE | ) | |
| UNITED STATES ATTORNEYS | ) | |
| et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO EXTEND

The Defendants, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The Plaintiff has brought suit against seven agency defendants. Specifically, six of the seven defendants request that they be allowed to file a dispositive motion in response to the complaint by August 9, 2007.[1] The present due date is August 2, 2007. Although the Defendants intended to timely file a response to the complaint, they realize that additional information is needed to finalize one of the supporting declarations for the dispositive motion. Therefore, Defendants ask for an extension so that the they can finish preparing the necessary declaration.

Because Plaintiff is a prisoner appearing *pro se*, counsel for Defendants has not contacted

---

[1] The Seventh Defendant is the Federal Bureau of Investigation ("FBI"). The FBI is currently processing Plaintiff's FOIA request and intends to submit a status report to the Court by September 15, 2007.

the Plaintiff regarding this motion.[2] This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until August 9, 2007.

Dated: August 2, 2007        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to file a dispositive motion is extended to and including August 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007