UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

**NOTICE RE: CONSENTING TO PROCEED
BEFORE A MAGISTRATE JUDGE**

Defendants have agreed to proceed with this matter before a Magistrate Judge for all purposes. Accordingly, Defendants, through the undersigned, have executed the Consent form. However, for the matter to be referred to a Magistrate Judge for all purposes, the Plaintiff must also consent. Accordingly, Defendants have sent a copy of the Consent form to Plaintiff for his review and approval. See Exhibit A.

Dated: August 9, 2007            Respectfully submitted,


 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


 /s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 9, 2007, I caused the foregoing Notice Re: Consenting to Proceed Before Magistrate Judge to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Jay Zambrana,
#01600-027
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 41224

/s/
ANDREA McBARNETTE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
|       Plaintiff, ) | |
|     v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
|       Defendant(s) ) | |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. ' 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        _____

Plaintiff(s) or                                                           Date:
Attorney for the Plaintiff(s)


_____        _____

Andrea McBarnette, AUSA                                Date:  August 10, 2007
Attorney for the Defendant(s)

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.' 636(c)(3) and the foregoing consent of the parties.

_____        _____

United States District Judge                              Date

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.