UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY ZAMBRANA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 07-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR THE | ) | |
| UNITED STATES ATTORNEYS | ) | |
| et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FBI STATUS REPORT**

Defendant, Federal Bureau of Investigation ("FBI"), one of the seven named Defendants in this action, through counsel, respectfully submits this status report concerning the processing of the Plaintiff's request under the Freedom of Information Act ("FOIA").

The Plaintiff requested all records on himself. By letter dated May 2, 2007, the FBI informed the plaintiff that it had documents and that the Plaintiff would have to pay a fee associated with his request. On August 9, 2007, the FBI notified Plaintiff that it had 795 pages of 2,831 pages responsive to his request were being released and that the Plaintiff owed $69.50 in duplication fee for the records. As of September 13, 2007, the Plaintiff has not received payment from the Plaintiff. Declaration of David M. Hardy, ¶¶ 5-12. The Defendant intends to file a motion to dismiss based on failure to exhaust by October 18, 2007, in the event that the Plaintiff does not make the full fee payment by that date.

Dated: September 17, 2007           Respectfully submitted,


  /s/                                   
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/                                   
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


  /s/                                   
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153