UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,

   Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED STATES
ATTORNEYS et al..,

   DEFENDANTS.

Civil Action No. 07-0958 (RWR)

RECEIVED
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR AN EXTENSION OF TIME TO RESPOND.

NOW comes Zambrana, the plaintiff with "abundance of caution" that I am a Pro-se plaintiff, "Layman", and need an extension of time for I am in administrative detention. Pending Investigation of a violation of "Bureau Regulation for being involved in an assault". "See attached sheet". I have been here since 08/15/2007. Now that I may reply to the court ordered, that plaintiff shall file his response to defendants' partial Motion to dismiss or for summary judgment no later than September 25, 2007. For I have no access to Law Library, copy mechine, and Legal Books, or my Legal Property.

Therefore plaintiff Zambrana, respectfully pray with "abundance of caution" that the court will grant this Motion for an Extension of time.

Respectfully Submitted on Date September 19, 2007

By: Jay Zambrana PRO-SO
Jay Zambrana, Plaintiff

BP-S308.052  **ADMINISTRATIVE DETENTION ORDER**  CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**                           FEDERAL BUREAU OF PRISONS

```
                                                  U.S.P. Big Sandy
                                                    Institution

                              Date/Time:  08-18-2007   6:36 am
                                              A-1
```

Special Housing Unit Officer

FROM: __T. Peterson, Lieutenant__  (Name/Title)

SUBJECT: Placement of __Zambrana, Jay__ Reg. No. __01600-027__ in Administrative Detention

    _____    (a) Is pending a hearing for a violation of Bureau regulations;
     XXX      (b) Is pending investigation of a violation of Bureau regulations;
    _____    (c) Is pending investigation or trial for a criminal act;
    _____    (d) Is to be admitted to Administrative Detention

        _____(1) Since the inmate has requested admission for protection;

    I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.:_____

Staff Witness Printed Name Signature._____

        _____(2)  Since a serious threat exists to individual's safety as perceived by staff, although
                   person has not requested admission; referral of the necessary information will be
                   forwarded to the UDC/DHO for appropriate hearing.

    _____  (e) Is pending transfer or is in holdover status during transfer.
    _____  (f) Is pending classification; Psych Review
    _____  (g) Is terminating confinement in Disciplinary Segregation and has been ordered into
                Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

You are being placed in Administrative Detention for being involved in an Assault.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.

The inmate received a copy of this Order on (date/time) __08-18-07 / 6:36 am__

Staff Witness Signature/Printed Name __K. Williams, Lieutenant__    Date __08-18-07__

*In the case of DHO action, reference to that order is sufficient. I other cases, the officer will make
an independent review and decision, which is documented here.


Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy -
Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy -
Central File



(This form may be replicated via WP)                    Replaces BP-308(52) of JAN 88