UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA, | ) |
|       Plaintiff, | ) |
| v. | ) Case No: 07-0958 (RWR) |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS et. al, | ) |
|       Defendants. | ) |

NOTICE OF FILING OF DECLARATION OF PEGGY BELLANDO OF THE FBI

On October 18, 2007, Defendant Federal Bureau of Investigation ("FBI") filed a motion to dismiss or in the alternative for summary judgment. Attached is the declaration of Peggy Bellando of the FBI which supports that dispositive motion.

Dated: October 18, 2007            Respectfully submitted,


                                    /s/
                                    ANDREA McBARNETTE, D.C. Bar  # 483789
                                    Assistant United States Attorney Center Building
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, I caused the foregoing Notice of Filing of Declaration to be served on Pro Se Plaintiff, Jay Zambrana, by postage prepaid mail addressed as follows:

JAY ZAMBRANA
#01600-027
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 41224


       /s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-0958 (RWR) |
| v. ) | |
| ) | |
| EXECUTIVE OFFICE FOR THE UNITED ) | |
| STATES ATTORNEYS, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF PEGGY L. BELLANDO

I, Peggy L. Bellando, declare as follows:

(1)    I currently serve as the Unit Chief of the Freedom of Information-Privacy Acts ("FOIPA"), Litigation Support Unit ("LSU"), Record Information/Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C., and, in the absence of RIDS Section Chief David M. Hardy, my responsibilities include being a declarant for FOIA litigation matters. I have held this position since May 28, 2006. Prior to that from August 1, 2004 until May 27, 2006, I served as the Acting Unit Chief of the FOIPA LSU. From October 1, 2002 until July 31, 2004, I was the Acting Unit Chief of Classification Unit Three and from May 7, 1990 to September 30, 2002, I was a FOIPA Regional Program Manager. I have been employed by the FBI since June 4, 1973, and on April 25, 1977, began my work as an analyst/paralegal in FBIHQ's "FOIPA Section," the equivalent of RIDS today.

1

(2)  The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)  Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specially, I am aware of the treatment which has been afforded the FOIA/Privacy Act request of Jay Zambrana which seeks access to records on himself.

(4)  This declaration is submitted in support of defendant's motion to dismiss or in the alternative for summary judgment based on plaintiff's failure to pay the duplication fees of $69.50 for the records released to him on August 9, 2007.[1]

## CHRONOLOGY OF PLAINTIFF'S FOIPA REQUEST

(5)  The previous correspondence in this matter is detailed in the Hardy Declaration dated September 14, 2007, at ¶¶5-12.

## CONCLUSION

(6)  As of October 17, 2007, plaintiff has failed to pay the duplication fees of $69.50 for the records released to him on August 9, 2007. Therefore, plaintiff has failed to exhaust his

---

[1] The purpose of this declaration is to simply inform the court of the plaintiff's failure to pay; thereby, exhausting his administrative remedies and is **not** intended to address the issue of the adequacy of the search or the redactions taken in the records released to plaintiff on August 9, 2007.

2

administrative remedies.[2]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17th__ day of October, 2007.

*[signature]*
PEGGY L. BELLANDO
Unit Chief
Litigation Support Unit
Record Information/Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

---

[2] Title 28, Code of Federal Regulations, Sections 16.11 and 16.49.