UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,
      Plaintiff,

v.

EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS et al.,

Civil Action No: 07-0958
(R.W.R)

RECEIVED
NOV 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S OBJECTION TO THE F.B.I. DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

NOW COMES, Plaintiff, JAY ZAMBRANA, Pro-Se, pursuant to the order of this Court and does hereby file this his Objection To The Defendants' Motion To Dismiss And To Their Motion For Summary Judgment And shows that there does exist a genuine issue of material fact in dispute where defendants waited until after Plaintiff filed this suit to place him on notice of costs associated with his F.O.I.A. Request and provided documents that he did not Request while withholding those he did Request as follows:

(1.) By letter dated July 19, 2006 to the Defendant FEDERAL BUREAU OF INVESTIGATION (Hereinafter "F.B.I") at their Field Office in Indianapolis, Indiana, the plaintiff Requested all Records in any way connected to his name. See Plaintiff EXHIBIT (A).

(2.) By letter dated July 19, 2006 to the F.B.I. Central Office in Washington, D.C. plaintiff Request a copy of all Records in any way connected to his name. See Plaintiff EXHIBIT (B).

(1)

(3.) By letter dated August 1, 2006 to the F.B.I. Field Office in Chicago, Illinois plaintiff requested a copy of all records in any way connected to his name. "See Plaintiff EXHIBIT (C)".

(4.) By letter from the F.B.I. in Washington, D.C. dated August 11, 2006, the central office acknowledged receipt of the requests to F.B.I. Headquarters and the Indianapolis Field Office. "See Plaintiff EXHIBIT (D)"

(5.) Plaintiff sent a letter to the OFFICE OF INFORMATION AND PRIVACY (Hereinafter "O.I.P.") dated October 19, 2006 appealing the fact that the F.B.I. had not responded to his requests with the time limits of the Freedom of Information Act (Hereinafter "F.O.I.A") "See Plaintiff EXHIBITs (E) - (E-1)-(E-2)."

(6.) The OIP never responded to plaintiff's administrative appeal. "See Plaintiff EXHIBIT (F)"

(7.) The F.B.I. is in gross violation of the statutory time limits with which to process plaintiff's requests. "See Plaintiff EXHIBIT (G)"

(8.) This action is proper to obtain judicial review of the F.B.I. action/inaction. "See Plaintiff EXHIBIT (H)"

Plaintiff otherwise denies all of the defendants' answer and Affirmative Defenses as not true, scandalous and an attempt to mislead the court as to their failure to respond to plaitiff's "request prior" to the initiation of this litigation. The Plaintiff shows that he did exhaust all remedies prior to initiating this action and the defendants' own affidavits show that it was not until after he filed this action did they decide to provide him with the administrative costs associated with his F.O.I.A.

(2.)

Case 1:07-cv-00958-RWR    Document 20    Filed 11/23/2007    Page 3 of 3

Requests.

Where based upon the foregoing reasons, Plaintiff has stated a cause of action and presents a material dispute in the facts. Therefore the court should deny all of the defendants' motions.

I hereby declare under penalty of perjury pursuant 28 U.S.C. §1746 that I have read all of the facts stated in these objections and that they are true and correct.

Executed on 11/20/2007

By: Jay Zambrana
Jay Zambrana Pro-se

CERTIFICATE OF SERVICE

I hereby certify that a true copy of these objections have been sent via U.S. Mail on 11/20/2007 to Andrea McBarnette USDOJ, U.S. Attorney's Office, 555 4th Street N.W., Room Washington, D.C. 20277-6280

By: Jay Zambrana
Jay Zambrana, "Pro-se"

(3.)

**FOIA REQUEST**

To: <u>Special Agent In Charge</u>　　　　　　　Date: <u>July 19, 2006</u>
<u>Federal Bureau of Investigation</u>
<u>575 N. Pennsylvania, Rm 679</u>
<u>Indianapolis, Indiana  46204</u>

Dear Sir:

　　This is a request under the Freedom of Information Act.
　　I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name or the subject matter briefly described below:
<u>ALL THE RECORDS IN THE INDIANAPOLIS FIELD OFFICE</u>

　　I will pay reasonable search and reproduction fees.
　　My Biographical data is as follows:

FULL NAME: <u>JAY ZAMBRANA　　aka　　Yeyo　　aka　　Jay-Joe</u>
DATE OF BIRTH <u>July 12, 1961</u>
PLACE OF BIRTH <u>East Chicago, Indiana USA</u>
SOCIAL SECURITY NUMBER <u>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</u>

　　I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct.

Executed on this <u>19th</u> day of <u>July</u>, 2006.

By: /s/ Jay Zambrana
　　Affiant Declarant Herein

(28 USC Section 1746)

Name: <u>Jay Zambrana</u>

Reg. No. <u>01600-027</u>

United States Penitentiary
Box 2068
INEZ, Kentucky  41224

cc: file

④

**FOIA REQUEST**

To: __Director__                                          Date: __July 19, 2006__
__Federal Bureau of Investigation__
__J. Edgar Hoover Building__
__Washington, D. C. 20535__

Dear Sir:

This is a request under the Freedom of Information Act.
I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:

All Records and also search the Indiana and Illinois Field Offices

I will pay reasonable search and reproduction fees.
My Biographical data is as follows:
FULL NAME:  JAY ZAMBRANA      aka    Yeyo    aka    Jay-Joe
DATE OF BIRTH  __July 12, 1961__
PLACE OF BIRTH  __East Chicago, Indiana USA__
SOCIAL SECURITY NUMBER  __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__

I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this __19th__ day of _____ July _____, 2006.

By: _Jay Zambrana_
    Affiant/Declarant Herein

(28 USC Section 1746)

Name:  __Jay Zambrana__

Reg. No.  __01600-027__

United States Penitentiary
Box 2068
INEZ, Kentucky  41224

cc: file

Ⓑ

**FOIA REQUEST**

To: __Special Agent In Charge__   Date: __August 1, 2006__
Federal Bureau of Investigation
219 S. Dearborn St
Chicago, Illinois 60604

Dear Sir:

This is a request under the Freedom of Information Act.
I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name or the subject matter briefly described below:

All records. Please search all "I-Files" and See Reference files.

I will pay reasonable search and reproduction fees.
My Biographical data is as follows:
FULL NAME: JAY ZAMBRANA   aka   Yeyo   aka   Jay-Joe
DATE OF BIRTH __July 12, 1961__
PLACE OF BIRTH __East Chicago, Indiana USA__
SOCIAL SECURITY NUMBER __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__

I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct.

Executed on this __1st__ day of __August__, 2006.

By /s/ Jay Zambrana
       Affiant Declarant Herein

(28 USC Section 1746)

Name:   Jay Zambrana

Reg. No.   01600-027

United States Penitentiary
Box 2068
INEZ, Kentucky   41224



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 11, 2006

MR. JAY ZAMBRANA
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1055136- 000
Subject: ZAMBRANA, JAY

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI Headquarters and the Indianapolis Field Office. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



# FOIA APPEAL

To: __Co-Director__       Date: __10/19/06__

Office of Information & Privacy
Department of Justice         RE: FOIA to __FBI__
FLAG BUILDING, Suite 570      Request No. __1055136-000__
                              Date of Request: __7/19/06__
Washington, D.C. 20530

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

__FBI__ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__   The agency has not responded and the time limits within which to do so has expired.

_____   The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____   The agency has blanket denied release of records.

_____   The agency has released certain records and withheld some by claiming certain exemptions.

_____   The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____   The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____   The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__   I believe the agency action or inaction otherwise unjust for the following reason :

The FBI has violated all the statutory time limits within which to process my request. Please expedite !

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _Jay Zambrana_ (signature)

(name) Jay Zambrana

(No.) 01600-027

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

(E)

cc: file

# FOIA APPEAL

**Date:** 10/19/06

**To:** Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D.C. 20530

**RE: FOIA to** FBI
**Request No.** 1055136-000
**Date of Request:** 7/19/06

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

_____FBI_____ in conjunction to my request for records.
(check appropriate box or boxes below)

- **X** The agency has not responded and the time limits within which to do so has expired.
- ___ The agency has claimed that no records could be found and I want to appeal that "no records" response.
- ___ The agency has blanket denied release of records.
- ___ The agency has released certain records and withheld some by claiming certain exemptions.
- ___ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.
- ___ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.
- ___ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whom they were destroyed and under what provision of the law.
- **X** I believe the agency action or inaction otherwise unjust for the following reason :
  The FBI has violated all the statutory time limits within which to process my request. Please expedite !

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _Jay Zambrana_ (signature)

(name) Jay Zambrana
(No.) 01600-027
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

cc: file

(E-1)

# FOIA APPEAL

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D.C. 20530

Date: 10/19/06

RE: FOIA to FBI
Request No. 1055136-000
Date of Request: 7/19/06

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

____FBI____ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__ I believe the agency action or inaction otherwise unjust for the following reason :
The FBI has violated all the statutory time limits within which to process my request. Please expedite !

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X _Jay Zambrana_
(name) Jay Zambrana
(No.) 01600-027
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

(E-2)

cc: file




**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*
May 10, 2007

MR. JAY ZAMBRANA
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No: 1055136-000
Subject: ZAMBRANA, JAY

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 2, 2007

Mr. Jay Zambrana
Reg. No. 01600-027
United States Penitentiary
Box 2068
Inez, Kentucky 41224

      Re: FOIPA Request Concerning Yourself
          Request No. 1055136

Dear Mr. Zambrana:

      Reference is made to your Freedom of Information-Privacy Acts (FOIPA) request for FBI Headquarters (FBIHQ) and FBI Indianapolis Field Office (FBIIP) files concerning you. Your request is currently in our backlog of unassigned FOIPA requests.

      A search of the indices to FBIHQ and FBIIP records systems and a review of the files revealed by that search as being potentially responsive to your request have determined that approximately 1900 pages of records are responsive to your request.

      Department of Justice regulations (Title 28, Code of Federal Regulations, Sections 16.11 and 16.49) require notification to a requester when anticipated duplication costs exceed $25. Inasmuch as the duplication costs associated with your request could approach $180.00 (ten cents per each released page, less the first 100 pages, which are released without fee), this letter constitutes such notification.

      Since you advised us in your letter dated July 19, 2006, that you were willing to pay the reproduction fees associated with your request, unless you advise us to the contrary, we will assume you are willing to pay the $1800 duplication costs that might result from your request. Please do not send payment at this time. You will be notified at a later date the exact payment you are required to submit.

      If you wish to reduce the scope and/or size of your request in order to reduce your fees, you are encouraged to inform us as soon as possible. Please mail your letter to: FBI, Records/Information Dissemination Section, 170 Marcel Drive,

Winchester, VA 22602-4843, and cite your FOIPA request number in your communication.

We anticipate a delay of several additional weeks before your request is assigned for processing. We solicit your continued patience.

Sincerely yours,

*David M. Hardy*

David M. Hardy
Section Chief
Records/Information
  Dissemination Section
Records Management Division

2

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                Washington, D.C. 20530

MAY - 4 2007

Mr. Jay Zambrana
Register No. 01600-027
United States Penitentiary          Re:   Appeal No. 07-0684
Post Office Box 2068                      Request No. 1055136
Inez, KY  41224                           JTR:CIH

Dear Mr. Zambrana:

    You attempted to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

    Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review rather than an administrative appeal when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i). To the extent that you would like the FBI to process your request in an expedited fashion, you must first submit such a request directly to the FBI.

    I have forwarded your letter to the FBI. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by the FBI.

Sincerely,

Janice Galli McLeod
Associate Director

