UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JAY ZAMBRANA                    )
                                )
         Plaintiff,             )
   v.                           )   Case No: 07-0958 (RWR)
                                )
EXECUTIVE OFFICE FOR THE        )
UNITED STATES ATTORNEYS         )
et. al,                         )
                                )
         Defendants.            )
_____)

## DEFENDANTS' MOTION TO EXTEND

The Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply in support of their dispositive motion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that they be allowed to file a reply by January 7, 2007. The present due date is December 7, 2007. The pro se Plaintiff has brought suit against seven agency defendants. The undersigned is diligently attempting to contact all the agencies in regards to the reply and needs additional time to coordinate a reply brief given the holidays and vacation schedules of the agency counsels and the undersigned. Therefore, the Defendants ask for an extension so that the undersigned can consult with the various counsels for the Defendants and prepare a reply.

Because Plaintiff is a prisoner appearing *pro se*, the undersigned has not contacted him regarding this motion.[1] This extension is sought in good faith and will not unfairly prejudice any

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro*

party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to reply in support of their dispositive motion be extended until January 7, 2007.

Dated: December 3, 2007         Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

*se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to file a reply in support of their dispositive motion is extended to and including January 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007