UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAY ZAMBRANA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 07-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS et. al, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION TO EXTEND

The Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply in support of their dispositive motion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that they be allowed to file a reply by January 21, 2008. The present due date is January 7, 2008.

Despite having to cancel some of her holiday vacation plans in order to work on filings due in her case load and despite already working over the weekend, the undersigned realizes that she will not be able to finish preparing a reply by the present due date. In regards to the undersigned's case load, on January 4th, the undersigned has filings due in three separate cases (an opposition, a motion to dismiss and a motion for reconsideration). On the next business day, January 7th, not only is the reply in the instant action due, the undersigned is schedule to present oral argument regarding a motion to compel in another case. Given the heavy work load of the undersigned, the holidays and the vacation schedules of agency counsel and the undersigned, the Defendants ask for an extension so that the undersigned can consult with the seven agency

defendants in this case and to prepare a reply.

Because Plaintiff is a prisoner appearing *pro se*, the undersigned has not contacted him regarding this motion.[1]  This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to reply in support of their dispositive motion be extended until January 21, 2008.

Dated: December 23, 2007         Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JAY ZAMBRANA              )
                          )
         Plaintiff,       )
    v.                    )         Case No: 07-0958 (RWR)
                          )
EXECUTIVE OFFICE FOR THE  )
UNITED STATES ATTORNEYS   )
et. al,                   )
                          )
         Defendants.      )
_____)

**<u>ORDER</u>**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to reply in support of their dispositive motion is extended to and including January 21, 2008.

                                           _____
                                           UNITED STATES DISTRICT JUDGE


Dated: _____, 200__