UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-0958 (RWR) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS ) | |
| et. al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING**

On January 18, 2008, the Defendant, Federal Bureau of Investigation ("FBI"), filed its

reply in support of its motion to dismiss Plaintiff's complaint or, in the alternative, to grant

summary judgment.[1]  Defendant hereby files the declaration that accompanies the reply.


Dated: January 22, 2008          Respectfully submitted,



/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

[1]       Defendant is one of seven defendants in this Freedom of Information Act, 5 U.S.C.
§ 552 ("FOIA") case.

CERTIFICATE OF SERVICE

_____I hereby certify that on January 22, 2008, I caused the foregoing Notice of Filing to be

served on Pro Se Plaintiff, Jay Zambrana, by postage prepaid mail addresses as follows:

JAY ZAMBRANA
#01600-027
United States Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 41224

_____/s/_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAY ZAMBRANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-CV-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR THE UNITED | ) | |
| STATES ATTORNEYS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND DECLARATION OF PEGGY L. BELLANDO

I, Peggy L. Bellando, declare as follows:

(1)    I currently serve as the Unit Chief of the Freedom of Information-Privacy Acts ("FOIPA"), Litigation Support Unit ("LSU"), Record Information/Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C., and, in the absence of RIDS Section Chief David M. Hardy, my responsibilities include being a declarant for FOIA litigation matters.   I have held this position since May 28, 2006. Prior to that from August 1, 2004 until May 27, 2006, I served as the Acting Unit Chief of the FOIPA LSU.  From October 1, 2002 until July 31, 2004, I was the Acting Unit Chief of Classification Unit Three and from May 7, 1990 to September 30, 2002, I was a FOIPA Regional Program Manager.  I have been employed by the FBI since June 4, 1973, and on April 25, 1977, began my work as an analyst/paralegal in FBIHQ's "FOIPA Section," the equivalent of RIDS today.

(2)    The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOI/Privacy Act request of Jay Zambrana which seeks access to records on himself.

(4)    This declaration is submitted in support of defendant's motion to dismiss, or in the alternative for summary judgment, based on plaintiff's failure to pay duplication fees of $69.50 for the records released to him on August 9, 2007. This declaration incorporates the statements made in my first declaration in this matter, Declaration of Peggy L. Bellando ("First Bellando Decl."), dated October 17, 2007. As I stated in my previous declaration, the FBI is limiting its motion to dismiss, or in the alternative for summary judgement, only to the issue of plaintiff's failure to pay fees and failure to exhaust his administrative remedies, and is not intended to address the issue of the adequacy of the search or the redactions taken in the records released to plaintiff on or about August 9, 2007.

## CHRONOLOGY OF PLAINTIFF'S FOIPA REQUEST[1]

---

[1] On or about September 14, 2007, the FBI prepared and submitted to its counsel the Declaration of David M. Hardy, Section Chief, RIDS/RMD ("Hardy Decl."), dated September 14, 2007. The Hardy Decl. was intended to support "Defendant FBI's Status Report" filed on September 17, 2007. A review of the PACER docket reveals that the Hardy Decl. was not in fact lodged with the Court. As a result, a chronology of the correspondence related to plaintiff's FOI/PA request will be set forth herein.

(5)    By letter dated July 19, 2006 addressed to FBIHQ, Jay Zambrana submitted a

FOI/Privacy Act request for all records on himself at FBIHQ, as well as the Indiana and Illinois

Field Offices.[2]  (See Exhibit A.)

(6)    By second letter dated July 19, 2006 addressed to the Indianapolis Field Office,

plaintiff submitted a FOI/Privacy Act request for all records on himself.  (See Exhibit B.)

(7)    By letter dated August 11, 2006 FBIHQ acknowledged receipt of plaintiff's

FOIPA request, and notified plaintiff that the request had been assigned FOIPA Request No.

1055136. (See Exhibit C.)

(8)    By letter dated October 19, 2006 to the Department of Justice Office of

Information and Privacy (DOJ OIP), plaintiff appealed the FBI's lack of response to his FOIPA

request.  (See Exhibit D.)

(9)    By letter dated May 2, 2007, FBIHQ notified plaintiff of the total pages

responsive to his request and the fees associated with his request.  Plaintiff was also advised of

FBIHQ's assumption that he was willing to pay the associated fees based on his letter dated

July 19, 2006.  Plaintiff was also advised that if he wanted to reduce the scope and/or size of his

request in order to reduce the associated fees, he should inform FBIHQ as soon as possible.

(See Exhibit E.)

(10)    By letter dated May 4, 2007, DOJ OIP notified plaintiff that since no adverse

_____

[2]  In accordance with the U.S. Department of Justice FOIA regulations, 28 C.F.R.
§§ 16.3(a) and 16.41(a), FOIA requesters are placed on constructive notice that it is incumbent
upon them to direct their requests to those FBI field offices most likely to have responsive
records.  Accordingly, if plaintiff believes that there may be additional files in particular Illinois
field offices, he must file requests with each individual office that he believes maintains the
records he seeks.

determination had been made by the FBI, OIP had no action to consider on appeal. (See Exhibit F.)

(11)    By letter dated May 10, 2007, FBIHQ notified plaintiff of the status of his request. (See Exhibit G.)

(12)    By letter dated August 9, 2007, FBIHQ notified plaintiff that 795 pages of 2,831 pages responsive to his request regarding himself were being released.  Redactions were made pursuant to Exemptions 2, 3, 5, 6, 7(C), 7(D), and 7(E) of the FOIA and Exemption j(2) of the Privacy Act.  FBIHQ advised plaintiff of consultations and referrals made to other agencies and informed him that he owed $69.50 in duplication fees for the records being released to him. (See Exhibit H.)

## STATUS OF FEES OWED BY PLAINTIFF

(13)    As of January 22, 2008, the FBI has not yet received the outstanding duplication fees of $69.50 for the records released to plaintiff on or about August 9, 2007.  Therefore, plaintiff has failed to exhaust his administrative remedies.[3]

---

[3] See 28, C.F.R. §§ 16.11 and 16.49.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that **Exhibits A through H** attached hereto are true and correct copies.

Executed this _____ day of January, 2008.


PEGGY L. BELLANDO
Unit Chief
Litigation Support Unit
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                         )
                                      )
        Plaintiff,                    )
                                      )    Civil Action No. 07-CV-0958 (RWR)
            v.                        )
                                      )
EXECUTIVE OFFICE FOR THE UNITED       )
  STATES ATTORNEYS,                   )
et al.                                )
                                      )
        Defendants.                   )
                                      )

# EXHIBIT A

**FOIA REQUEST**

To: _Director_                                    Date: _July 19, 2006_

_Federal Bureau of Investigation_

_J. Edgar Hoover Building_

_Washington, D. C. 20535_

Dear Sir:

    This is a request under the Freedom of Information Act.
    I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:

_All Records and also search the Indiana and Illinois Field Offices_

    I will pay reasonable search and reproduction fees.
          My Biographical data is as follows:

FULL NAME: **JAY ZAMBRANA** aka Yeyo aka **Jay-Joe**

DATE OF BIRTH _July 12, 1961_

PLACE OF BIRTH __East Chicago, Indiana USA__

SOCIAL SECURITY NUMBER _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_

    I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this _19th_ day of _____ July ___, 2006.

                 By: _Jay Zambrana_
                      Affiant/Declarant Herein

(28 USC Section 1746)

Name:   Jay Zambrana

Reg. No.   01600-027

United States Penitentiary
Box 2068
INEZ, Kentucky 41224

cc : file

INMATE NAME: JAY ZAMBRANA

REGISTER NUMBER: 01600 - 027

**U.S.P. BIG SANDY**
**P.O. BOX 2068**
**INEZ, KY 41224**





DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
J. EDGAR HOOVER BUILDING
WASHINGTON, D.C.
20535

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                              )
                                           )
        Plaintiff,                         )
                                           )
            v.                             )        Civil Action No. 07-CV-0958 (RWR)
                                           )
EXECUTIVE OFFICE FOR THE UNITED            )
  STATES ATTORNEYS,                        )
et al.                                     )
                                           )
        Defendants.                        )
                                           )
                                           )

# EXHIBIT B

**FOIA REQUEST**

To: Special Agent In Charge          Date:   July 19, 2006

Federal Bureau of Investigation

575 N. Pennsylvania, Rm 679

Indianapolis, Indiana   46204

Dear Sir:

This is a request under the Freedom of Information Act.
I request a copy of any and all documents, records and informati
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:
ALL THE RECORDS IN THE INDIANAPOLIS FIELD OFFICE

I will pay reasonable search and reproduction fees.
My Biographical data is as follows:

FULL NAME:  **JAY ZAMBRANA   aka   Yeyo   aka   Jay-Joe**

DATE OF BIRTH   July 12, 1961

PLACE OF BIRTH   East Chicago, Indiana USA

SOCIAL SECURITY NUMBER  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

I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this  19th day of _____ July _____ , 2006.

By I _____
             Affiant/Declarant Herein

(28 USC Section 1746)

Name:   Jay Zambrana

Reg. No.   01600-027

United States Penitentiary
Box 2068
INEZ, Kentucky   41224

cc : file

**Dissemination Routing Slip**
FD-417 (Rev. 2-7-90)

(Copies to Offices Checked)

TO: (X Director, Att:  RECORDS MANAGEMENT DIVISION, RIDS,
     □ SAC.       SERVICE REQUEST UNIT, ROOM 6359

| | | |
|---|---|---|
| [] Albany | [] Indianapolis | () Oklahoma City |
| () Albuquerque | [] Jackson | () Omaha |
| □ Anchorage | □ Jacksonville | () Philadelphia |
| □ Atlanta | □ Kansas City | □ Phoenix |
| □ Baltimore | □ Knoxville | □ Pittsburgh |
| □ Birmingham | [] Las Vegas | () Portland |
| □ Boston | □ Little Rock | □ Richmond |
| □ Buffalo | □ Los Angeles | □ Sacramento |
| □ Charlotte | □ Louisville | □ St. Louis |
| □ Chicago | □ Memphis | □ Salt Lake City |
| □ Cincinnati | □ Miami | □ San Antonio |
| □ Cleveland | □ Milwaukee | □ San Diego |
| □ Columbia | □ Minneapolis | □ San Francisco |
| □ Dallas | □ Mobile | □ San Juan |
| □ Denver | [] Newark | [] Seattle |
| □ Detroit | □ New Haven | □ Springfield |
| □ El Paso | □ New Orleans | □ Tampa |
| □ Honolulu | □ New York City | □ Washington Metropolitan Field |
| □ Houston | □ Norfolk | |

[] ASAC, Brooklyn-Queens (MRA)

Date 07/31/2006

RE:  JAY ZAMBRANA

FOIPA MATTER

Re: Attached.

REMARKS:

Attached FOIPA request received at Indianapolis on 07/31/2006.

FBIHQ IS TO RESPOND TO THIS REQUEST IN ACCORDANCE WITH CURRENT PROCEDURES.

SAC  Keith L. Lourdeau

OFFICE  Indianapolis

FILE #:  190-IP-C93371- .7c

FBI/DOJ

INMATE NAME: JAY ZAMBRANA

REGISTER NUMBER: C1600 - 027

U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224



SPeciAl AGeNT iN chARGe
FedeRAl BuReAU of INVeSTiGATioN
575 N. PeNNSYlVANiA AVe., Rm 677
INDiANApoliS INDiANA

46204

462O4$1524 CO34    |.||.|||...|.|||...|..|..||.|...|.|.|.|.|.|.|.||.|

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                                    )
                                                 )
          Plaintiff,                             )
                                                 )        Civil Action No. 07-CV-0958 (RWR)
               v.                                )
                                                 )
EXECUTIVE OFFICE FOR THE UNITED                  )
     STATES ATTORNEYS,                           )
et al.                                           )
                                                 )
          Defendants.                            )
                                                 )
                                                 )

# EXHIBIT C



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 11, 2006

MR. JAY ZAMBRANA
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1055136- 000
Subject: ZAMBRANA, JAY

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
to the FBI Headquarters and the Indianapolis Field Office. The FOIPA number listed
above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                          )
                                       )
          Plaintiff,                   )
                                       )
                v.                     )     Civil Action No. 07-CV-0958 (RWR)
                                       )
EXECUTIVE OFFICE FOR THE UNITED        )
  STATES ATTORNEYS,                    )
et al.                                 )
                                       )
          Defendants.                  )
                                       )

# EXHIBIT D

**FOIA APPEAL**

To: Co-Director

Date: 10/19/06

Office of Information & Privacy
Department of Justice

RE: FOIA to ___FBI___

FLAG BUILDING, Suite 570

Request No. 1055136-000

Washington, D.C. 20530

Date of Request: 7/19/06

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

___FBI___ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__ I believe the agency action or inaction otherwise unjust for the following reason :

The FBI has violated all the statutory time limits within which to process my request. Please expedite !

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _Jay Zambrana_

(name) Jay Zambrana  JPP

(No.) 01600-027

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

OFFICE OF INFORMATION
AND PRIVACY

FEB 15 2007

RECEIVED

cc: file

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-CV-0958 (RWR) |
| v. ) | |
| ) | |
| EXECUTIVE OFFICE FOR THE UNITED ) | |
| STATES ATTORNEYS, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

# EXHIBIT E



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. JAY ZAMBRANA                                    May 2, 2007
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

                              Request No.: 1055136- 000
                              Subject: ZAMBRANA, JAY

Dear Mr. Zambrana:

      Reference is made to your Freedom of Information-Privacy Acts
(FOIPA) request for FBI Headquarters (FBIHQ) and FBI Indianapolis Field
Office (FBIIP) files concerning you. Your request is currently in our
backlog of unassigned FOIPA requests.

      A search of the indices to FBIHQ and FBIIP records systems and a
review of the files revealed by that search as being potentially
responsive to your request have determined that approximately 1900 pages
of records are responsive to your request.

      Department of Justice regulations (Title 28, Code of Federal
Regulations, Sections 16.11 and 16.49) require notification to a
requester when anticipated duplication costs exceed $25. Inasmuch as
the duplication costs associated with your request could approach
$180.00 (ten cents per each released page, less the first 100 pages,
which are released without fee), this letter constitutes such
notification.

      Since you advised us in your letter dated July 19, 2006, that you
were willing to pay the reproduction fees associated with your request,
unless you advise us to the contrary, we will assume you are willing to
pay the $1800 duplication costs that might result from your request.
Please do not send payment at this time. You will be notified at a
later date the exact payment you are required to submit.

      If you wish to reduce the scope and/or size of your request in
order to reduce your fees, you are encouraged to inform us as soon as
possible. Please mail your letter to: FBI, Records/Information
Dissemination Section, 170 Marcel Drive, Winchester, VA 22602-4843, and
cite your FOIPA request number in your communication.

We anticipate a delay of several additional weeks before your request is assigned for processing.  We solicit your continued patience.


Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAY ZAMBRANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-CV-0958 (RWR) |
| v. | ) | |
| | ) | |
| EXECUTIVE OFFICE FOR THE UNITED | ) | |
| STATES ATTORNEYS, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT F



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAY - 4 2007**

Mr. Jay Zambrana
Register No. 01600-027
United States Penitentiary          Re:     Appeal No. 07-0684
Post Office Box 2068                        Request No. 1055136
Inez, KY 41224                              JTR:CIH

Dear Mr. Zambrana:

　　　You attempted to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

　　　Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review rather than an administrative appeal when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i). To the extent that you would like the FBI to process your request in an expedited fashion, you must first submit such a request directly to the FBI.

　　　I have forwarded your letter to the FBI. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by the FBI.

                              Sincerely,

                              Janice Galli McLeod
                              Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                              )
                                           )
          Plaintiff,                       )
                                           )
              v.                           )        Civil Action No. 07-CV-0958 (RWR)
                                           )
EXECUTIVE OFFICE FOR THE UNITED            )
  STATES ATTORNEYS,                        )
et al.                                     )
                                           )
          Defendants.                      )
                                           )
                                           )

# EXHIBIT G



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 10, 2007

MR. JAY ZAMBRANA
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No: 1055136-000
Subject: ZAMBRANA, JAY

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently the FBI is searching for, retrieving, scanning, and evaluating files that may be responsive to your request. Many factors may contribute to the time required to process your request; however, the greatest single factor is the number of documents associated with your request.

Once your files have been evaluated as potentially responsive, your request will be forwarded to the "perfected backlog", where your request will wait for assignment to an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAY ZAMBRANA,                               )
                                            )
        Plaintiff,                          )
                                            )
        v.                                  )     Civil Action No. 07-CV-0958 (RWR)
                                            )
EXECUTIVE OFFICE FOR THE UNITED             )
  STATES ATTORNEYS,                         )
et al.                                      )
                                            )
        Defendants.                         )
                                            )
                                            )

# EXHIBIT H



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. JAY ZAMBRANA                                                    August 9, 2007
**01600-027
UNITED STATES PENITENTIARY BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Subject: ZAMBRANA, JAY

FOIPA No. 1055136-000

Dear Mr. Zambrana:

      The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☒(b)(3) _18 USC §2518_ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

2831 **page(s)** were reviewed and 795 **page(s)** are being released.

☒  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☒  referred to the OGA for review and direct response to you.

    ☒  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other

individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident. references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

⊠ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

These documents are maintained in a multiple subject investigation in which your name was indexed as one of the subjects. In processing such a case pursuant to an FOIPA request, it is the practice of the FBI to address only that portion specifically requested (e. g., provide all information pertaining to you rather than information pertaining to other subjects). Therefore, only those documents which contained substantive information concerning you were processed for release.

Pursuant to Title 28, Code of Federal Regulation, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. Please submit your check or money order in the amount of **$69.50** payable to the Federal Bureau of Investigation within **45** days of the date of this letter. To insure proper identification of your request, please return this letter or include FOIPA number **1055136** on your check or money order.