UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0958 (RWR) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS *et al.*, | ) |
| Defendants. | ) |

ORDER

Plaintiff has not complied with the Orders of August 25, 2007, and October 11, 2007, directing him to respond to the partial motion to dismiss or for summary judgment, brought on behalf of all defendants to this Freedom of Information Act case except the Federal Bureau of Investigation. Accordingly, it is hereby

ORDERED that Defendants' Partial Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. No. 12] is GRANTED as conceded. The complaint is DISMISSED as to the six moving defendants.

_____/s/_____
RICHARD W. ROBERTS
DATE: February 27, 2008        United States District Judge