UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY ZAMBRANA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EOUSA, ET AL. )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 07-00958(RWR)<br>ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendant in the above-captioned case.

Dated: March 4, 2008                                Respectfully submitted,


                                                     /s/ Raymond A. Martinez
                                                    Raymond A. Martinez
                                                    Special Assistant United States Attorney
                                                    555 Fourth St., N.W.
                                                    Washington, D.C. 20530
                                                    Phone: (202) 514-9150
                                                    Fax: (202) 514-8780
                                                    Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March I caused the foregoing Notice of

Substitution of Counsel to be served on Plaintiff's counsel , via first class, postage pre-paid mail,

addressed as follows:


Jay Zambrana
#01600-027
U.S. Penitentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 4122


                /s/   Raymond A. Martinez
                Raymond A. Martinez
                Special Assistant United States Attorney
                555 Fourth St., N.W.
                Washington, D.C.  20530
                Phone: (202) 514-9150
                Fax: (202) 514-8780
                Raymond.Martinez2@usdoj.gov