UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAY ZAMBRANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0958 (RWR) |
| | ) | |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Order of February 27, 2008, it is

ORDERED that the FBI's motion for summary judgment [Dkt. No. 17] is GRANTED; and it is further

ORDERED that judgment is entered for the defendants. This is a final appealable Order.

_____/s/_____
RICHARD W. ROBERTS
DATE: May 12, 2008                United States District Judge